**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6032**

───────────

WILLIAM ARTHUR BROWN,

Plaintiff - Appellant,

v.

GRAHAM MULLIS, U.S. District Judge; GRETCHEN SHEPPERT; BOBBY HIGDON; NOELL P. TIN; ROBERT F. SIMONE,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:24-cv-00706-MR)

───────────

Submitted:  September 25, 2025                    Decided:  September 30, 2025

───────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Arthur Brown, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Arthur Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint.   We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order and judgment.  *Brown v.* Mullis, No. 3:24-cv-00706-MR (W.D.N.C. Dec. 11, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*